JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGILIO BELTRAN,<br><br>        Plaintiff,<br><br>  v.<br><br>CHASE, doing business in the State of California, DOE LENDER and DOES 1 to 100,<br><br>        Defendants.<br>_____ | Case No. EDCV 09-169-VAP (SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 9, 2009

                                    _____
                                    VIRGINIA A. PHILLIPS
                                    United States District Judge